

IN THE
TENTH COURT OF APPEALS

———————

No. 10-13-00036-CR
No. 10-13-00037-CR

LEDOUGLAS G. JOHNSON, SURETY,
AND AMANDA R. JOHNSON, SURETY,

                                                            Appellants

 v.

THE STATE OF TEXAS,

                                                            Appellee

———————

From the County Court at Law
Ellis County, Texas
Trial Court Nos. 12-C-3258 and 12-C-3259

MEMORANDUM  OPINION

The Clerk of this Court notified Appellants, LeDouglas G. Johnson, Surety and

Amanda R. Johnson, Surety by letter dated March 13, 2013, that the clerk's record in the

above cause had apparently not been filed because Appellants had failed to pay or

make arrangements to pay the clerk's fee for preparation of the record.  Appellants

were further notified that if they desired to proceed with this appeal, they must pay or

make arrangements to pay the clerk's fee and notify this Court of the actions taken within 21 days after the date of this letter. Appellants were warned that if they failed to do so, this appeal might be dismissed for want of prosecution. *See* TEX. R. APP. P 37.3(b). Appellants did not file a response.

The Clerk of this Court again notified Appellants by letter dated April 15, 2013, that the clerk's record had not been filed. Appellants were notified that if they desired to proceed with the appeal, they must pay or make arrangements to pay the trial clerk's fee for the preparation of the record. Appellants were warned that if they failed to do so, this appeal might be dismissed for want of prosecution. *See* TEX. R. APP. P 37.3(b). More than 21 days have passed, and we have not been notified that Appellants have paid or made arrangements to pay the clerk's fee.

Accordingly, the appeals are dismissed. *See* TEX. R. APP. P. 37.3(b), 42.3(b).


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed May 30, 2013
[CR25]